UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1343 |
| | ) | Wire Fraud |
| VINATH OUDOMSINE | ) | |

CR321-013

PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Information are as follows:

**Count 1:**  **Wire Fraud**
18 U.S.C. § 1343
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

/s/ Jonathan A. Porter
Jonathan A. Porter
Assistant United States Attorney
Georgia Bar Number 725457