UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR3:21-013 |
| | ) | |
| **VINATH OUDOMSINE** | ) | |

## AMENDED NOTICE OF FORFEITURE

TO:

| | | |
|---|---|---|
| Vinath Oudomsine | Vinath Oudomsine | C. Brian Jarrard, Esq. |
| 403 Grove Street | 1516 Turner Court, Apt. A | C. Brian Jarrard, LLC |
| Cornelia, GA. 30531 | Dublin, GA. 31021 | 4108 Arkwright Road, Suite 2 |
| | | Macon, GA. 31210 |

| | |
|---|---|
| Harry D. Dixon, Esq. | Maria Christene Mekras Justus, Esq. |
| 7 East Congress Street, Suite 400 | 7 East Congress Street, Suite 400 |
| Savannah, GA. 31401 | Savannah, GA. 31401 |

1. **NOTICE OF FORFEITURE:** Pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, notice is hereby given that, on January 7, 2022, in the above-captioned case, the Honorable Dudley H. Bowen, United States District Judge for the Southern District of Georgia, entered the enclosed Consent Order of Forfeiture, condemning and forfeiting to the United States of America one 1999 1st. Edition Thick Stamp #4 Charizard Holo R Pokemon Card (hereinafter, the "Subject Property") according to law.

The Consent Order of Forfeiture having been entered, the Government hereby gives notice of its intention to dispose of the Subject Property as provided by law.

2. **FILING OF A PETITION CONTESTING FORFEITURE:** Pursuant to 21 U.S.C. § 853(n)(2), in order to avoid forfeiture of the Subject Property, any person, other than Vinath Oudomsine, who asserts a legal interest in the Subject Property must petition the United States District Court for the Southern District of Georgia for a hearing to adjudicate the validity of his/her alleged interest in the Subject Property within thirty (30) days of the final publication of notice on www.forfeiture.gov, an official government internet website, or his/her actual receipt of this written notice, whichever is earlier.

3. **CONTENTS OF A PETITION CONTESTING FORFEITURE:** Pursuant to 21 U.S.C. § 853(n)(3), a petition for a hearing must (A) be signed by the petitioner under penalty of perjury; (B) identify the particular property or properties in which the petitioner claims a legal right, title or interest; (C) set forth the nature and extent of the petitioner's right, title, or interest in the property; (D) set forth the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property; (E) set forth any additional facts supporting the petitioner's claim; and (F) set forth the relief sought.

4. **HEARING ON THE PETITION:** To the extent practicable and consistent with the interests of justice, a hearing on a petition will be held within thirty (30) days of its filing. Any such hearing shall be held before the Court alone, without a jury. The petitioner will bear the burden of proof.

5. **FILING WITH COURT AND SERVICE ON UNITED STATES:** The verified petition must be filed with the Clerk of the United States District Court in Case CR321-13. The Office of the Clerk's mailing address is:

> Clerk, United States District Court
> Southern District of Georgia
> P.O. Box 1130
> Augusta, GA 30903

The Office of the Clerk's physical address is:

> United States Courthouse
> 600 James Brown Boulevard
> Augusta, GA 30901

Additionally, all petitioners must mail a copy of their petitions to counsel for the United States at the following mailing address:

> Xavier A. Cunningham
> Assistant United States Attorney
> P.O. Box 8970
> Savannah, GA 31412-8970

**If you fail to follow the requirements set forth above, any right, title and/or interest you may have in the Subject Property shall be lost and forfeited to the United States. You may wish to seek legal advice to protect your interests.**

This 26th day of January 2022.

> DAVID H. ESTES
> UNITED STATES ATTORNEY
>
> */s/ Xavier A. Cunningham*
> _____
> Xavier A. Cunningham
> Assistant United States Attorney
> New York Bar Number 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR3:21-013 |
| | ) | |
| VINATH OUDOMSINE | ) | |

### CERTIFICATE OF SERVICE TO AMENDED NOTICE OF FORFEITURE

This is to certify that I have on this day served all the parties in this case in accordance with the Notice of Electronic Filing that was generated as a result of electronic filing in this Court.

This is to also certify that I have on this day served the foregoing Notice of Forfeiture via Certified Mail, Return Receipt Requested on the following person at the following addresses:

| Vinath Oudomsine | Vinath Oudomsine | C. Brian Jarrard, Esq. |
|---|---|---|
| 403 Grove Street | 1516 Turner Court, Apt. A | C. Brian Jarrard, LLC |
| Cornelia, GA. 30531 | Dublin, GA. 31021 | 4108 Arkwright Road, Suite 2 |
| | | Macon, GA. 31210 |

| Harry D. Dixon, Esq. | Maria Christene Mekras Justus, Esq. |
|---|---|
| 7 East Congress Street, Suite 400 | 7 East Congress Street, Suite 400 |
| Savannah, GA. 31401 | Savannah, GA. 31401 |

This 26th day of January 2022.

*/s/ Xavier A. Cunningham*
_____
Xavier A. Cunningham
Assistant United States Attorney
New York Bar Number 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422