| SENTENCING MINUTES | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF GEORGIA<br>DUBLIN DIVISION | JUDGE: DUDLEY H. BOWEN, JR.<br>DATE: March 4, 2022 |
|---|---|---|

**CRIMINAL CASE NO. CR 3:21 CR 0013**
**UNITED STATES OF AMERICA VS. VINATH OUDOMSINE**

COURTROOM DEPUTY  HYDER                                COURT REPORTER   DAVENPORT

ATTORNEY(S) FOR THE GOVERNMENT:              ATTORNEY(S) FOR THE DEFENDANT:

JONATHAN PORTER                                                BRIAN JARRARD

U.S. PROBATION OFFICER:                                  DEFENDANT SENTENCED ON COUNT(S)

SCOT RIGGS                                                            ONE (1)

_____ Presentence Report Reviewed In Full        Custody __36__ Months B.O.P.

_____ Objections to Factual Basis                         Probation _____

_____ Objections To Guidelines Calculations     Supervised Release __Three (3)__ Years

_____ Probation Officer Testifies                          Special Conditions __announced__

_____ Changes Ordered in Factual Basis/Calculations     Fine $ __10,000.00__

__X__ No Changes Ordered                                  Restitution $ __85,000 -USSBA__

__X__ Findings Of The Court                                 Special Assessment $ __100.00__

_____ Factual Witnesses Testify                             To Be Paid __immediately__

__X__ Statements Of Counsel                                Community Service _____

__X__ Statements By Defendant                           Facility Recommended _____

__X__ Sentence Pronounced                                 Defendant Remanded To The USM __X__

OTHER DIRECTIVES OF THE COURT              Voluntary Surrender _____

__X__ Attach Statement of Reasons to the Judgment     To USM ☐  To Facility ☐

__X__ Transcribe Statement of Reasons             Nolle Prosse Count(s) _____

__X__ Appeal Rights of Defendant Explained     Plea Agreement Accepted and Ratified __X__

__X__ Appellate Disclosure Forms Provided       Departure From Guidelines __X__

__X__ Notice of Counsel's Post-Conviction          Upward __X__              Downward _____
         Obligations Provided

U.S. Deputy Marshal __Williams, Guitterez__     Time __12:30 p.m.__ to __1:35 p.m.__ Total __1 hr, 5min__

Court Security Officer __Tarver__

*$24,745.90 paid (cashiers checks) to be deducted from $85K restitution.*