**U.S. Department of Justice**
United States Marshals Service

RECEIVED
MAR 21 2022
BY: USMS-AFD-4/M

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:21-CR-13 |
| DEFENDANT | TYPE OF PROCESS |
| Vinath Oudomsine | Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 North Miami Avenue, 6th Floor, Miami, FL 33128

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Xavier A. Cunningham, Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA. 31412

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the order directing forfeiture on page 7 of the enclosed Judgment in a Criminal Case and the Order of Forfeiture that has been docketed with the Court, please dispose of the below-listed asset according to law.

1999 1st. Edition Thick Stamp #4 Charizard Holo R Pokemon Card [CATS ID: 22-FBI-001083]

Signature of Attorney other Originator requesting service on behalf of: [x] PLAINTIFF [ ] DEFENDANT
XAVIER CUNNINGHAM  Digitally signed by XAVIER CUNNINGHAM Date: 2022.03.18 15:47:30 -04'00'
TELEPHONE NUMBER: 912-652-4422
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 070
District to Serve No.: 04
Signature of Authorized USMS Deputy or Clerk
Date: 3/21/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 5/9/2022   Time: 12:00  [x] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

ITEM SOLD PURSUANT TO ORDER AND IN ACCORDANCE WITH LAW FOR $43,433.00.

Form USM-285
Rev. 03/21